UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADER-PICONE & YOUNG LLP, <br> Plaintiff, <br> v. <br> SENTINEL INSURANCE COMPANY, LTD., <br> Defendant. | Case No. 19-cv-02336-PJH <br><br> **ORDER VACATING TRIAL AND RELATED DATES AND SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 24 |

The court is in receipt of the parties' "stipulation and order vacating deadlines and hearings after March 1, 2020 and setting status/scheduling conference." Dkt. 24. Good cause appearing, the court hereby **VACATES** the existing trial date and all related dates and deadlines (including those pertaining to discovery). Further, the court **ORDERS** the parties (through their counsel) to appear before the court for a case management conference on **June 18, 2020**. By June 11, 2020, the parties must also file a case management statement in accordance with the court's May 2, 2019 Order Setting Case Management Conference. Dkt. 9. All case management conferences shall be held telephonically through CourtCall. The parties shall refer to the court's Notice re CMC Telephone Appearance Procedures for using Court Call services.

**IT IS SO ORDERED.**

Dated: April 2, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge