UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEADER-PICONE & YOUNG LLP,

    Plaintiff,

    v.

SENTINEL INSURANCE COMPANY, LTD.,

    Defendant.

Case No. 19-cv-02336-PJH

**ORDER DIRECTING THE PARTIES TO FILE STATUS UPDATE RE SETTLEMENT AND DISMISSAL**

Re: Dkt. No. 34

The court understands that the parties settled this action during their July 21, 2020 settlement conference before Magistrate Judge Hixson. Dkt. 34. The court also understands that Judge Hixson allowed the parties until August 20, 2020 to file a notice of dismissal with prejudice. To date, the court has not received any such notice. Given that, the court **ORDERS** the parties to file a joint update concerning the status of their settlement and this action's dismissal by **August 28, 2020**. Of course, the parties may substitute such an update with the notice of dismissal itself.

**IT IS SO ORDERED.**

Dated: August 24, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge